UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELSA DELGADO,

        Plaintiff,

vs.

EXCEL ONE, INC. and VICTOR M. MAEZTU, II,

        Defendants,
_____/

CASE NO.

6:07-CV-1934-ORL-22UAM

## COMPLAINT

COMES NOW the Plaintiff, ELSA DELGADO, (hereinafter referred to as the "Plaintiff"), by and through her undersigned counsel and sues the Defendants, EXCEL ONE, INC. a Florida Corporation and VICTOR M. MAEZTU, II, (hereinafter collectively referred to as the "Defendants"), and states as follows:

### INTRODUCTION

1. This is an action by Plaintiff against her former employer for unpaid overtime pursuant to the overtime provisions of the Fair Labor Standards Act ("FLSA"). Plaintiff seeks damages and reasonable attorney's fees.

### JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. Section 216(b).

## VENUE

3. The venue of this Court over this controversy is proper based upon the claims arising in Orlando, Florida.

## THE PARTIES

4. Plaintiff was at all times material employed by Defendant, EXCEL ONE, INC., at the business located in Orlando, Florida.

5. The Defendant, EXCEL ONE, INC., is a Florida corporation that operates an auto transport company in Orlando, Florida. Defendant, EXCEL ONE, INC., is an employer as defined by 29 U.S.C. Section 203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. Section 206, in the facilities where Plaintiff was employed.

6. Defendant, EXCEL ONE, INC., was at all times material hereto an employer of the Plaintiff as defined under 29 U.S.C. § 203(D).

7. Plaintiff was an employee of EXCEL ONE, INC., and, at all times relevant to violations of the Fair Labor Standards Act, was engaged in commerce as defined by 29 U.S.C. Section 206(a) and 207(a)(1).

8. Alternatively, Defendant, EXCEL ONE, INC., is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. Section 203(s)(1).

9. Defendant, VICTOR M. MAEZTU, II, was at all times material hereto, the owner and/or officer of Defendant, EXCEL ONE, INC.

10. Defendant, VICTOR M. MAEZTU, II, at all times material hereto was acting directly or indirectly in the interest of Defendant, EXCEL ONE, INC., in relation to Plaintiff's

employment and was substantially in control of the terms and conditions of the employee's work and is therefore considered a statutory employer under 29 U.S. C. 203(d).

11. Plaintiff has retained the Pantas Law Firm to represent her in this matter and has agreed to pay said firm reasonable attorney's fees for its services.

12. Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which she was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which she was employed.

WHEREFORE, Plaintiff demands a judgment against Defendant, jointly and severally liable, for the following:

(a) Unpaid overtime wages found to be due and owing;

(b) An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney's fee and costs; and,

(e) Such other relief as the Court deems just and equitable.

Dated: 12/4/07

Respectfully submitted,

_____
K.E. PANTAS, ESQ.
Florida Bar No.: 0978124
PANTAS LAW FIRM, P.A.
250 North Orange Avenue, 11th Floor
Orlando, Florida 32801
Telephone: (407) 425-5775
Facsimile: (407) 425-2778
Trial Counsel for the Plaintiffs