**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELSA DELGADO,**

        **Plaintiff,**

-vs-                                                                **Case No. 6:07-cv-1934-Orl-22GJK**

**EXCEL ONE, INC. and VICTOR M. MAEZTU, II,**

        **Defendants.**

**ORDER**

This cause is before the Court on the Amended Unopposed Motion for Entry of Judgment in Accordance with Defendants' Offer of Judgment and Plaintiff's Acceptance of Offer of Judgment (Doc. No. 33) filed on February 24, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted .

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed May 8, 2009 (Doc. No. 39) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Amended Unopposed Motion for Entry of Judgment in Accordance with Defendants' Offer of Judgment and Plaintiff's Acceptance of Offer of Judgment (Doc. No. 33) is GRANTED.

3. The Clerk is directed to enter a judgment providing that the Plaintiff Elsa Delgado recover from the Defendants Excel One, Inc. and Victor M. Maeztu, II, jointly and severally, $1,555.31 in unpaid overtime wages and $1,555.31 in liquidated damages, for a total sum due of $3,110.62.

4. The Clerk is directed to CLOSE the file.

5. The Court retains jurisdiction to address Plaintiff's Amended Motion for Award of Attorneys' Fees (Doc. No. 34).

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 22, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge