**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ELSA DELGADO,**

        **Plaintiff,**

-vs-                            **Case No. 6:07-cv-1934-Orl-22GJK**

**EXCEL ONE, INC. and VICTOR M. MAEZTU, II,**

        **Defendants.**

_____

# REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **AMENDED MOTION FOR AWARD OF ATTORNEY'S FEES (Doc. No. 34)**
>
> **FILED:**     **February 24, 2009**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** as moot.

On February 24, 2009, Plaintiff filed the instant Amended Motion for Award of Attorney's Fees (the "Motion"). Doc. No. 34. The undersigned scheduled an evidentiary hearing on the Motion to be held on June 3, 2009. On May 29, 2009, the parties notified the Court that the Defendants have agreed to an entry of a consent judgment for attorney's fees and costs payable to the Plaintiff's attorney in the total amount of $5,494.00. Doc. No. 43. Based on the forgoing, the undersigned **RECOMMENDS** that the Court:

(1) Deny the Motion (Doc. No. 34) as moot; and

(2) Direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 1, 2009.

																			_____
																			GREGORY J. KELLY
																			UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy