**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELSA DELGADO,**

        **Plaintiff,**

-vs-                                                **Case No. 6:07-cv-1934-Orl-22GJK**

**EXCEL ONE, INC. and VICTOR M. MAEZTU, II,**

        **Defendants.**

## ORDER

This cause is before the Court on Amended Motion for Award of Attorney's Fees (Doc. No. 34) filed on February 24, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied as moot because the parties have settled the attorney's fees and costs issue. (See, Doc. No. 43)

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 1, 2009 (Doc. No. 45) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Amended Motion for Award of Attorney's Fees (Doc. No. 34) is DENIED as moot.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 12, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge