**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ELSA DELGADO,

                      **Plaintiff,**

-vs-                                                     **Case No. 6:07-cv-1934-Orl-22GJK**

EXCEL ONE, INC. and VICTOR M.
MAEZTU, II,

                      **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT FOR ATTORNEYS FEES AND COSTS (Doc. No. 47)**
>
> **FILED:**      **July 1, 2009**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    On December 10, 2007, Plaintiff Elsa Delgado (the "Plaintiff") filed a complaint against Defendants Excel One and Victor M. Maeztu, II (the "Defendants") pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et. seq.* (the "Act"). Doc. No. 1. On May 22, 2009, the Court entered an order granting the parties' Amended Unopposed Motion for Entry of Judgment in Accordance with Defendants' Offer of Judgment and Plaintiff's Acceptance of Offer of Judgment

(Doc. No. 33). Doc. No. 41. On May 26, 2009, the Clerk entered judgment for the Plaintiff and against the Defendants, jointly and severally, for $1,555.31 in unpaid overtime wages and $1,55.31 in liquidated damages, for a total sum of $3,110.62. Doc. No. 42. The Court retained jurisdiction to address Plaintiff's Amended Motion for Award of Attorneys' Fees (Doc. No. 34) (the "Attorneys' Fees Motion"). Doc. No. 41.

The undersigned scheduled an evidentiary hearing on the Attorneys' Fees Motion for June 3, 2009. Doc. No. 40. On May 29, 2009, the parties notified the Court that they agreed to the entry of a consent judgment for attorneys' fees and cost payable to counsel for Plaintiff's law firm in the amount of $5,495.00, which represents $4,750.00 in attorneys' fees and $745.00 in costs. Doc. No. 43. On June 1, 2009, the undersigned entered an order cancelling the evidentiary hearing and recommended that the Attorneys' Fees Motion be denied as moot. Doc. Nos. 44-45. On June 13, 2009, the Court entered an order denying as moot the Attorneys' Fees Motion. Doc. No. 46.

On July 1, 2009, the parties filed the present Joint Motion for Entry of Consent Judgment for Attorneys' Fees and Costs (the "Motion"). Doc. No. 47. In the Motion, the parties request the Court enter a Consent Judgment payable to Plaintiff's counsel's law firm in the amount of $5,495.00, which represents $4,750.00 in attorneys' fees and $745.00 in costs. Doc. No. 47 at ¶ 6. Based on the forgoing, the undersigned **RECOMMENDS** that the Court:

1) **GRANT** the Motion (Doc. No. 47);

2) Direct the Clerk to enter a Consent Judgment against Defendants, jointly and severally, and payable to Plaintiff's counsel in the following amounts:

   a. $4,750.00 in attorneys' fees;

   b. $745.00 in costs; and

3) Direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 2, 2009.

                                          GREGORY J. KELLY
                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy