**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELSA DELGADO,**

        **Plaintiff,**

**-vs-**                                                     **Case No. 6:07-cv-1934-Orl-22GJK**

**EXCEL ONE, INC. and VICTOR M. MAEZTU, II,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Joint Motion for Entry of Consent Judgment for Attorneys Fees and Costs (Doc. No. 47) filed on July 1, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 2, 2009 (Doc. No. 48) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Entry of Consent Judgment for Attorneys Fees and Costs (Doc. No. 47) is **GRANTED**.

3. The Clerk is directed to enter a judgment providing that the Plaintiff Elsa Delgado recover from the Defendants Excel One, Inc. and Victor M. Maeztu, II, jointly and severally, $4,750.00 in attorneys' fees and $745.00 in costs, for a total sum due of $5,495.00.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 7, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge